UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-1356-JVS (GJS) | Date | April 22, 2020 |
|---|---|---|---|
| Title | Michael Slawson v. County of Los Angeles, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| | None present | None present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause Why Plaintiff's Motion to Proceed In Forma Pauperis Should Not Be Denied

Plaintiff filed a motion to proceed in forma pauperis along with this civil rights action pursuant to 42 U.S.C. §1983. However, it appears that it may be inappropriate to grant Plaintiff's motion because in his application, Plaintiff indicates that, at the time of filing, he was receiving a monthly income of $1,700.00. Plaintiff's 2018 tax return—the most recent tax return at the time of filing—reflected an income of $25,000.00, which places him 200% above the 2019 poverty guidelines for a one-person household. *See* https://aspe.hhs.gov/poverty-guidelines. In his application, Plaintiff does not identify any dependents and based on the significant assistance provided by his parents, it appears that Plaintiff has minimal, if any, out-of-pocket expenses.

Proceeding "in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed IFP, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (*citing Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-1356-JVS (GJS) | Date | April 22, 2020 |
|---|---|---|---|
| Title | Michael Slawson v. County of Los Angeles, et al. | | |

"[T]he court shall dismiss the case at any time if the court determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).  It appears that Plaintiff had sufficient funds when he filed this action to be required to pay the filing fee in full to proceed.

Accordingly, **within 14 days**, Plaintiff is ORDERED TO SHOW CAUSE in writing why his motion to proceed in forma pauperis should not be denied and the Plaintiff be required to pay the filing fee.  Alternatively, Plaintiff may file a notice of voluntary dismissal.

**Failure to respond to this order will result in dismissal for failure to obey a court order.**