UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL A. SLAWSON,

Plaintiff

v.

COUNTY OF LOS ANGELES, et al.,

Defendants.

Case No. 2:20-cv-01356-JVS (GJS)

**JUDGMENT**

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: December 04, 2020

_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE